**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ALCIDES MALDONADO,

      Plaintiff,

vs.                                                                    CASE NO. 6:08-CV-12-ORL-19KRS

SANTOS BURGOS CORPORATION,
d/b/a Guavate, MARISOL SANTOS,
LUIS SANTOS

      Defendants.

_____

ORDER

      This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 20, filed May 19, 2008).  No objection to said Report and Recommendation was filed.  Upon consideration, it is

      **ORDERED** that the Report and Recommendation (Doc. No. 20) is **ADOPTED and AFFIRMED.**  The Joint Motion for Approval of Settlement and Motion to Dismiss Case with Prejudice (Doc. No. 19, filed May 13, 2008) is **GRANTED,** and the amount received by Plaintiff Alcides Maldonado is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues.  This case is **DISMISSED WITH PREJUDICE**, without the Court reserving jurisdiction to enforce the settlement agreement, and the Clerk of the Court is directed to close this file.

      **DONE AND ORDERED** at Orlando, Florida, this ___6th___ day of June, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record